UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                Case No. 2:06-cr-09

ALAN CRAIG SMITH,                    HON. GORDON J. QUIST

      Defendant.
_____/

## ORDER OF DETENTION

      This matter comes before the court on the government's motion for detention (docket #3).  A detention hearing was conducted before the undersigned on April 11,2006, at which time testimony was presented by Special Agent James Petschke, and Probation Officer Amber Gonzalez.  For the reasons state on the record, IT IS HEREBY ORDERED that the government's motion for pretrial detention shall be granted.  Accordingly, defendant will be detained pending trial.

      Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections

facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    IT IS SO ORDERED.

                                       /s/ Timothy P. Greeley
                                       TIMOTHY P. GREELEY
                                       UNITED STATES MAGISTRATE JUDGE

Dated: April 24, 2006